### 18280.　NORMAN *v.* THE STATE.

LUKE, J. Norman was convicted of burning an insured automobile for the purpose of defrauding the insurer. The case is here upon the usual general grounds that the evidence does not authorize the verdict. The evidence amply supports the verdict, which has the approval of the trial judge.

　　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
　　　　　DECIDED JULY 26, 1927.

Arson; from Colquitt superior court—Judge W. E. Thomas. June 4, 1927.

*Dowling & DeLoache,* for plaintiff in error.

*C. E. Hay, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 252, n. 16; p. 271, n. 41.

---

### 18281.　EDWARDS *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial in this case is based on the general grounds only. The verdict is authorized by the evidence and is approved by the trial judge.

　　　*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
　　　　　DECIDED JULY 26, 1927.

Making liquor; from Putnam superior court—Judge Park. May 16, 1927.

*M. C. Few,* for plaintiff in error.

*J. B. Duke, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 252, n. 16; p. 271, n. 41.